# EXHIBIT "A"

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com
www.jcpclaw.com

Clients:

**MARIA HUITZIL**
284 E 206th St.
Bronx, NY 10467

**CAROLINA OSORIO ROMERO**
130 Elliot Place
Bronx, NY 10452

**GISELLE DOMINGUEZ**
1241 Bronx River Avenue
Bronx, NY 10472

**GLADYS DOMINGUEZ MODESTO**
1241 Bronx River Avenue
Bronx, NY 10472

**CRISPINA SANCHEZ**
556 Morris Avenue
Bronx, NY 10451

**LEIDY CANDO PAGUAY**
102-16 Larue Avenue
Flushing, NY 11368

| Date & Attorney | Transaction | Hours | Hourly Rate | Amount Due |
|---|---|---|---|---|
| 6/6/17 | | | | |
| PHC | Initial meeting with Clients | 2.5 | $400 | $1,000 |
| TC | Initial meeting with client | 2.5 | $100 | $250 |
| | | | | |
| 6/7/17- | Review and analyze client's | | | |
| PHC | Claims; research employer / company | 1.5 | $400 | $600 |
| | | | | |
| 6/9/17 PHC | Meeting with Client Gladys Dominguez | 1.5 | $400 | $600 |
| TC | Initial meeting with client | 1.5 | $100 | $150 |
| | | | | |
| 6/26/17 PHC | Initial Meeting with client Leidy Cando; joining case | 1.5 | $400 | $600 |
| TC | Initial meeting with client | 1.5 | $400 | $150 |
| | | | | |
| 6/27/17 PHC | LEXIS Research ownership, public records | .5 | $400 | $200 |

| Date / Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/15/17 PHC | Draft Complaint; 6 plaintiffs v. multiple (joint) employers | 4.3 | $400 | $1,720 |
| 7/17/17 PHC | Review and revise/file complaint | .5 | $400 | $200 |
| TC | correspondence to process server re: Complaint | .4 | $100 | $40 |
| 7/18/17 PHC | Review case assignment; judge's individual practices; receive and Review order for initial conf.; Calendar same | .4 | $400 | $160 |
| 8/3/17 PHC | meeting with non-party witness to develop facts, substantial claim | 1.0 | $400 | $400 |
| 8/8/17 TC | discuss with clients illegal retaliation, immigration issues; status | 1.5 | $100 | $150 |
| 8/9/17 PHC | E-mail and tele. communications with defendants (husband and wife); Discuss meeting to resolve prior to Litigation; discuss requirements of fairness, Review of payroll records, etc. | 1.5 | $400 | $600 |
| 8/10/17 PHC | prepare letter requesting additional time to respond to complaint based on Settlement effects or defendants | 1.0 | $400 | $400 |
| 8/11/17 PHC | correspond with defendants re: status, setting up meeting with principals | .5 | $400 | $200 |
| 8/15/17 PHC | Receive communication from counsel for hotel; apprise of status of Ongoing settlement negotiations with Counsel for DAP and VRN | .6 | $400 | $240 |
| 8/16/17 PHC | Meeting with all parties in office; discuss resolution with defendants (they have not retained counsel yet); unable to resolve; separately, discuss status; discuss proof, strategy with clients Review records together | 4.5 | $400 | $1,800 |
| 8/17/17 | Assist at client meeting | 4.5 | $100 | $450 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 9/11/17 PHC | receive/ review answer to complaint from Holiday Inn Hotel; and separately, Cleaning companies DAP / VRN; Review defenses and admissions | 1.0 | $400 | $400 |
| 9/12/17- 9/13/17 PHC | Prepare initial draft of joint letter and proposed case management plan; confer with defense counsel, review and revise; file same | 1.5 | $400 | $600 |
| 9/20/17 PHC | attend initial conf. in SDNY before Hon. Analisa Torres | 2.4 | $400 | $880 |
| 9/25/17 PHC | corresp. with dc re: initial exchange of calculations,, resolving case for reasonable sum. | .9 | $400 | $360 |
| 10/3/17 PHC | review district mediation programs reference, rules. Assignment of mediator | .5 | $400 | $200 |
| 10/3/17 PHC | meeting with clients in off. to discuss status | 1.0 | $400 | $400 |
| TC | Assist with client meeting | 1.0 | $100 | $100 |
| 10/4/17 PHC | Receive and review Defendants' Initial Disclosures (both defendants); Organize and evaluate voluminous payroll records provided to isolate min. wage / ot viol | 2.0 | $400 | $800 |
| 10/13/17- PHC | review file; prepare detailed damages calculations for six plaintiffs | 4.5 | $400 | $1,800 |
| 10/15/17- 10/20/17 PHC | Prepare plaintiffs' initial document production; initial damages calc. | 3.5 | $400 | $1,400 |
| 10/24/17 PHC | Draft initial doc. demands to 3 defendants | 2.3 | $400 | $920 |
| 10/25/17 PHC | tele. conf. with mediator; discuss case, ground rules, early exchange of calculations; scheduling; Review file re: same | 1.5 | $400 | $600 |
| 10/26/17 PHC | Receive / Review and docket in file management system defendants' Initial discovery requests | .5 | $400 | $200 |
| 11/7-8/17 PHC | Research joint employer; successor liab. under peculiar facts of this case; Separately, research whether hotel can be liable as employer | 2.8 | $400 | $1,120 |

| Date / Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/27/17 PHC | Receive Holiday Inn discovery responses | 1.5 | $400 | $600 |
| 11/28/17 PHC | Receive DAP / VRN discovery responses | | | |
| 12/1-3/17 PHC | Receive additional payroll documents; prepare for client meeting to discuss Realistic damages / calculations | 3.0 | $400 | $1,200 |
| 12/14/17 TC | Tele. call with clients re: status, preparing for mediation, calculations | 2.0 | $100 | $200 |
| 12/15/17 PHC | Prepare damages calculations; revise and send to defendants | 1.3 | $400 | $520 |
| PHC | Prepare / send Mediation statement | 1.7 | $400 | $680 |
| 12/19/17 PHC | meeting with clients; accompany to mediation at defense counsel's office; Resolve case | 7.4 | $400 | $2,960 |
| TC | attend mediation | 7.4 | $100 | $740 |
| 1/8-10/18 PHC | review and revise settlement agreement; meetings with clients to discuss terms, Execute the settlement | 1.5 | $400 | $600 |
| 1/25/18 PHC | prepare fairness application revise per dc edits | 1.6 | $400 | $640 |
| 1/29/18 PHC | receive order denying settlement agr as drafted; coordinate re-write with dc; Meetings for re-execution with 6 clients | 2.0 | $400 | $800 |
| 2/12/18-3/13/18 TC | status report to client (multiple calls) | .5 | $100 | $50 |
| 3/9/18 PHC | receive order denying approval pending attorneys' fees supplementation; Prepare supplemental application | .4 | $400 | $160 |
| | | | Total Fees | $29,040 |

Costs

| | |
|---|---|
| $400.00 | Filing Fees |
| $161.00 | Service of Process |

Total Fees and Costs: **$29,441**

Page 4 of 4

# 8387 - CILENTI & COOPER, PLLC.



Back to Client Services Home

## Charges for Plaintiff: MARIA HUITZIL, ETAL

This is a detailed list (and total) of all charges associated with the selected plaintiff. Please note that only charges after October 1997 are available on-line.

Where applicable, work ticket numbers are clickable links which will display a copy of the appropriate affidavit of service.

| Affidavit Description | Service | Charge |
|---|---|---|
| **Work Ticket #: 676958**<br>**Plaintiff:** MARIA HUITZIL, ETAL<br>**Defendant:** DAP SERVICES CORP., ETAL<br>**Recipient:** VRN SERVICES CORP.<br>**Date of Service:**<br>**Type of Papers:** SUMMONS AND COMPLAINT | Attempted<br>Mailing Documents | $51.00<br>$3.00<br><br>$54.00 |
| **Work Ticket #: 676959**<br>**Plaintiff:** MARIA HUITZIL, ETAL<br>**Defendant:** DAP SERVICES CORP., ETAL<br>**Recipient:** GOLDEN SEAHORSE LLC. DBA HOLIDAY INN MANHATTAN<br>**Date of Service:** 8/02/17<br>**Type of Papers:** SUMMONS AND COMPLAINT | Basic Service Charge<br>Mailing Fees | $51.00<br>$2.00<br><br>$53.00 |
| **Work Ticket #: 676959**<br>**Plaintiff:** MARIA HUITZIL, ETAL<br>**Defendant:** DAP SERVICES CORP., ETAL<br>**Recipient:** GOLDEN SEAHORSE LLC. DBA HOLIDAY INN MANHATTAN<br>**Date of Service:** 8/02/17<br>**Type of Papers:** SUMMONS AND COMPLAINT | No Charge | $0.00<br><br>$0.00 |
| **Work Ticket #: 676971**<br>**Plaintiff:** MARIA HUITZIL, ETAL<br>**Defendant:** DAP SERVICES CORP., ETAL<br>**Recipient:** DAP SERVICES CORP.<br>**Date of Service:**<br>**Type of Papers:** SUMMONS AND COMPLAINT | Mailing Documents<br>Attempted-Bad Address | $3.00<br>$51.00<br><br>$54.00 |

***Total: $161.00***

[Back to Client Services Home]  [Top]